IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JAY VARRONE,                                                    *

                      Plaintiff,            *
v.                                                                       Case No.  7:21-CV-24(WLS)
                                             *

HOSPITAL AUTHORITY OF VALDOSTA
AND LOWNDES COUNTY GEORGIA, d/b/a        *
SOUTH GOERIGA MEDICAL CENTER,

                                       *

                    Defendant.

_____

## J U D G M E N T

Pursuant to this Court's Order dated March 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 15th day of March, 2023.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk